JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LLOYD R. GILBERT,

          Petitioner,

   v.

PEOPLE OF THE STATE OF
CALIFORNIA,

          Respondent.

Case No. CV 5:22-01324 SB (RAO)

JUDGMENT

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Habeas Corpus Petition and Denial of Certificate of Appealability.

Dated:  August 18, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge